JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, California  95112
Telephone:  (408) 999-5678
Facsimile:   (408) 999-5684

Attorneys for Creditor/Appellant,
WESTERN WOOD FABRICATORS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2: 08-CV-02223-LKK |
| MARK and TAMMY SIRMANS, | Bankruptcy Case No. 08-23466-A-7 |
| Debtors. | Chapter 7 |
| _____/ | **ORDER GRANTING "PETITION BY APPELLANT SEEKING AN EXTENSION OF THE DATE BY WHICH IT MUST FILE AND SERVE REPLY BRIEF ON APPEAL"** |

This Court, having read and considered the "Petition by Appellant Seeking an Extension of the Date by Which It Must File and Serve Reply Brief on Appeal with Supporting Declaration, etc." ("Petition"), including the declaration in support thereof that has been executed by counsel for Creditor/Appellant, WESTERN WOOD FABRICATORS, INC. ("APPELLANT"), which Petition was filed in this Court on or about March 30, 2009, and finding that good cause for the issuance of the following Order has been demonstrated,

IT IS HEREBY ORDERED that the deadline for APPELLANT to file and serve its Reply Brief on this Appeal is extended to and including until 6:00 p.m. on Tuesday, March 31, 2009.

Dated: April 3, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

1
[Proposed] Order Granting "Petition by Appellant Seeking an Extension of the Date by Which it must File and Serve Reply Brief on Appeal**"**