UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

        Debtors.
_____/

WESTERN WOOD FABRICATORS, INC.,

        Appellant,

   v.

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

        Appellees.
_____/

NO. CIV. S-08-2223 LKK

O R D E R

Pending before the court is appellant's appeal from an order of the United States Bankruptcy Court. A hearing on this matter is SET for May 18, 2009 at 10:00 AM in Courtroom 4.

    IT IS SO ORDERED.

    DATED: April 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1