1  JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
   IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
2  PAGANO & KASS, APC
   96 North Third Street, Suite 525
3  San Jose, California  95112
   Telephone:  (408) 999-5678
4  Facsimile:   (408) 999-5684

5  Attorneys for Creditor/Appellant,
   WESTERN WOOD FABRICATORS,
6  INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 2: 08-CV-02223-LKK |
| MARK and TAMMY SIRMANS, | Bankruptcy Case No. 08-23466-A-7 |
| Debtors. | Chapter 7 |
| _____/ | **ORDER GRANTING REQUEST OF APPELLANT, WESTERN WOOD FABRICATORS, INC., FOR LEAVE OF COURT TO SUBMIT A MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPELLANT'S REQUEST FOR JUDICIAL NOTICE** |

This Court, having read and considered the "Request of Appellant, Western Wood Fabricators, Inc.,[1] for Leave of Court to Submit a Memorandum of Points and Authorities in Support of Appellant's 'Request that the Court Take Judicial Notice of Chapter Seven Voluntary Bankruptcy Petition Filed by Fair Oaks Construction, Inc. and the Statement Regarding Ownership of Corporate Debtor Filed in Bankruptcy Case No. 2009-24186 When It Considers this Appeal,'[2] Which Was Filed

---

[1]  Hereafter, as "APPELLANT."

[2]  Hereafter, as "The Memorandum."

Concurrently with the 'Appellant's Reply Brief,'" ("Request") which Request was made by letter addressed to this Court on or about April 21, 2009,

IT IS HEREBY ORDERED that the APPELLANT is granted leave to file and serve The Memorandum on or before May 4, 2009.

DATED: April 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT