UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

        Debtors.
_____/

WESTERN WOOD FABRICATORS,
INC.,

        Appellant,

   v.

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

        Appellees.
_____/

NO. CIV. S-08-2223 LKK

O R D E R

    Pending before the court is appellant's appeal of an order from the Bankruptcy Court, set to be heard on May 18, 2009. Due to court congestion, the hearing is CONTINUED to June 1, 2009 at 10:00 AM.

    On May 4, 2009, with leave of the court, appellant filed a Memorandum of Points and Authorities in support of its Request That

1

the Court Consider Later-Filed Case On This Appeal. In light of the continuance of the hearing, appellees' opposition or statement of non-opposition to this request SHALL be filed and served not later than May 18, 2009. Appellant's reply, if any, SHALL be filed and served not later than May 25, 2009.

IT IS SO ORDERED.

DATED: May 7, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT