UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

        NO. CIV. S-08-2223 LKK

    Debtors.
_____/

WESTERN WOOD FABRICATORS,
INC.,                          O R D E R

    Appellant,

  v.

MARK EUGENE SIRMANS
TAMMY LYNN SIRMANS,

    Appellees.
_____/

    Pending before the court is appellants' petition for an extension of time to file and serve an application for rehearing of the court's denial of their appeal. The court has reviewed the petition (Doc. No. 48) and, no good cause appearing, it is DENIED.

    IT IS SO ORDERED.

    DATED: June 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1